CRIMINAL DOCKET · U.S. District Court

| | | | |
|---|---|---|---|
| PO ☐ | 0975 | 1 | WRIT ☐ |
| Misd. ☐ | 7509 | | JUVENILE ☐ |
| Felony ☒ | District · Off · Judge/Magistr. | | ALIAS ☐ |

U.S. VS. (LAST, FIRST, MIDDLE) ● HAYES, H. WAYNE, JR.

OFFENSE ON INDEX CARD ▶

Case Filed — Mo. 01  Day 24  Yr. 91

Docket No. — 91 00079 HMF 01

No. of Def's 1   U.S. MAG. CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:1341 | Mail Fraud (1986)   CTS 1 - 18 | 18 | |
| 18:1343 | Wire Fraud (1986)   CT 19 | 1 | |
| 18:2314 | Interstate Transportation of Stolen Money (1986)   CTS 20 - 22 | 3 | (X) 22 |

SUPERSEDING COUNTS

## II. KEY DATE

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE | KEY DATE | KEY DATE |
| | 01-24-91 | 02-11-91 |
| | | 06-29-92 |

☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony W/waiver

a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☒ JG/P Withdrawn

04▪08▪93
11-27-91

☐ Dismissal
☒ guilty ☒ After N.G.
☐ Nolo ☐ After nolo
☒ Trial (voir dire) began
☐ Jury ☒ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|
| 02-11-91 | 02-11-91 | | | 05-07-93 | | |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|

Search Warrant — Issued / Return
Summons — Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest   OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶
REMOVAL HEARING — Date Held ▶
☐ WAIVED   ☐ NOT WAIV
☐ INTERVENING INDICTMENT

☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
Ph. (954) 761-7201

Show last names and suffix numbers of other c

H. Wayne Hayes, Jr.
530 S. W. 168th Terrace
West, FL 33326
(954)217-1711

H. Wayne Hayes
13095 Emerald Drive #3
North Miami, FL 33181-1943

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
DANIEL A. BENT
by Leslie E. Osborne, Jr., Asst. U.S. Atty.

Defense: 1 ☐ CJA.   2 ☒ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

● DOUGLAS D. MULDAR  w/drew 03/12/92
2650 Maxus Energy Tower
717 N. Harwood, LB 126
Dallas, Texas 75201

LOCAL COUNSEL
● EARLE A. PARTINGTON  w/drew 06/29/92
2450 Pacific Tower
1001 Bishop St.
Honolulu, Hawaii 96813
ph: 526-9500

● TIMOTHY A. JONES  w/drew 09/15/92
P.O. Box 81887
Lafayette, Louisiana 70598-1887
Ph: (318) 235-0615

● Mark R. Lippman, Esq. Appt 6/2/95
8070 La Jolla Shores Dr. #437
La Jolla, CA 92037
Ph. (619) 456-9228

LOCAL COUNSEL  w/drew 09/16/92
● SAMUEL P. KING, JR.
735 Bishop St. #308
Honolulu, Hawaii 96813
ph: 521-6937
STAND-BY COUNSEL:
RICHARD NEY, FPD   w/drew 11/10/92

PRO-SE:
● H. Wayne Hayes Jr.
San Diego Metropolitan Correction Center
808 Union Street
San Diego, Ca 92101-6078

STAND-BY COUNSEL:
● MARY WILKOWSKI
1088 Bishop St. Suite 505, Executive Centre
Honolulu, Hawaii 96813
ph: 536-5444
to: ● Valorie J. Stokes-Hayes
444 Niu St., Suite 1906
Honolulu, HI 96816

● LAWRENCE P. MANNING, Esq.
444 Market Street, Suite 930
San Francisco, CA 94111
Ph. (415) 433-4500

| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|

BAIL · RELEASE
PRE- INDICTMENT
Release Date
Bail ☐ Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$   ☐ Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
Date Bond Made   ☐ Collateral
☐ 3rd Pty
☐ Other

POST- INDICTMENT
Release Date
Bail ☐ Denied   ☐ Fugitive   ☐ Pers. Rec.
AMOUNT SET   ☐ PSA
$   ☐ Conditions
Date Set   ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Pty
☐ Other

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

| DATE<br>DOCUMENT NO. | | Yr<br>91 | Docket No<br>91 00079 | Cty<br>HMF | ACK<br>011 | MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE ⌐1⌐ OF ⌐⌐<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Start Date<br>End Date | Ltr<br>Code | Total<br>Days |

(OPTIONAL) Show last names of defendants          **V. PROCEEDINGS**

| 1991 | | |
|---|---|---|
| Jan 24 | 1 | EP: INDICTMENT - PS ordered          (Judith Powers) CONKLIN |
| | 2 | PS issued; retn 02-08-91 at 10:30 a.m. (C)<br>    with service copy to DOUGLAS D. MULDER, atty at law,<br>    2650 Maxus Energy Tower, 717 N. Harwood, Dallas, Texas 75201 |
| 29 | 3 | EO: A&P set 02-08-91 has been moved to 02-11-91 at 10:30. Les<br>    Osborne to notify all parties.          CONKLIN |
| Feb 11 | 4 | EP: A&P - Deft present with counsel, Douglas D. Mulder, acknowledged<br>    receipt of Indictment. Arrn. Waived. Plea of Not Guilty<br>    entered. Jury Selection with Jury Trial to follow: 04-09-91<br>    @ 9:30, Fong. Final Pretrial Conference: 03-29-91 @ 10:00,<br>    Conklin. Defendant's Motions due: 03-04-91. Government's<br>    Responses due: 03-18-91. Bail: $100,000.00 Signature Bond,<br>    with following special conditions: (1) Deft is authorized<br>    to travel throughout United States and authorized to retain<br>    his passport and renew as needed, for purposes to go to<br>    Bahamas only, deft not to leave United States without permission<br>    of court first obtained. Deft. given cautionery advice.<br>    Deft. to be processed by U.S. Marshals. Deft. authorizes<br>    his attorney to waive his presence at future hearings,<br>    except for JS and JT and certain circumstances. Deft. warned<br>    of trial proceeding in abentia.          (Lisa Groulx) CONKLIN |
| | 5 | ORDER Setting Conditions Of Release          CONKLIN<br>    $100,000.00 Signature<br>    Deft may travel throughout the US & is authorized to retain<br>    his passport & renew as needed for purposes to go to the<br>    Bahamas only. Deft is not to leave the US without permission<br>    of court first obtained |
| | 6 | Appearance Bond          CONKLIN<br>    899 NE 76th St. Boca Raton, FL 33432     ph: 407  997-7198 |
| 14 | 7 | Return on PS - exec by FBI - D. Sutherland |
| Mar 20 | 8 | Notice of Motion; [No hearing date]; Motin for Continuance of Trial<br>    Exhibits. |
| Apr 3 | 9 | EO: The Motion for Continuance was filed on March 20, 1991<br>    without a notice of motion to preserve the Certificate<br>    of Conference and Waiver of Trial Limits. After the above<br>    motion was lodged on March 20, 1991, Brian Cheu, Judge<br>    Fong's Law Clerk, informed the undersigned that he had<br>    discussed the motion with the judge, and the judge advised<br>    that a hearing on the motion was not necessary, and that<br>    the parties submit a stipulation for continuance. The parties<br>    were so informed.          FONG |
| 10 | 10 | Stipulation to Continue Trial; ORDER --<br>    Trial contd. from 04-23-91 to 06-11-91 @ 9:30 a.m. (HMF)<br>    Pretrial Conference: 06-06-91 @ 2:00 p.m. (Conklin).<br>    Time from 04-23-91 to 06-11-91 is excludable pursuant to<br>    the Speedy trial Act. 18:3161(h)(8)(A)          FONG |
| 24 | 11 | Stipulation And Order          CONKLIN<br>    Trial contd to 08-13-91. Purs to 18:3161(h)(8), time excluded<br>    from 06-11-91 - 08-13-91 |

Row 10 excludable delay: 04-23-91 / 06-10-91   T   49

Row 11 excludable delay: 06-11-91 / 08-12-91   T   63

CONTINUED TO PAGE ⌐⌐

*See Next Page*

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      *U. S. vs*      HAYES, H. WAYNE, JR.

AO 256A ®

Page   2   **ACK**
91 00079 HMF 91

| | | |
|---|---|---|
| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** | | | | | | |
| May 8 | 12 | NOTICE - FPT - 08-02-91 at 10:30 a.m. (C)<br>    cc: Osborne & Bennett | | | | |
| Jun 3 | 13 | Stipulation to Continue Trial; ORDER - Jury Trial Contd.<br>    from 06-11-91 to 10-22-91 @ 9:30 a.m. (Fong).<br>    Pretrial Conference: 10-17-91 @ 10:30 a.m. (Conklin)<br>    Time from 06-11-91 to 10-22-91 is excludable from the<br>    Speedy Trial Act 18:3161(h)(8)(A)      FONG | | 06-11-91<br>10-21-91 | T | 133 |
| 28 | 14 | ORDER Granting Defendant's Motion for Travel -<br>    Travel from 06-30-91 to 07-01-91 to Santo Domingo,<br>    Republica Dominicana          CONKLIN | | | | |
| | 15 | EO:  At Defendant's request Court after consultation with<br>    AUSA GRANTED a One Time exception to Defendant's Travel<br>    to Allow a One Day trip to Santo Domingo, Republic Dominicana<br>    to begin June 30, 1991 and terminate July 1, 1991. CONKLIN | | | | |
| Aug 02 | 16 | Notice of Motion [08-27-91 @ 9:30 a.m., (C)] Motion to Compel<br>    the Deposition of Colleen Russo; Memorandum of Law and<br>    Declaration; Exhibits A-D; Certificate of Service - on behalf<br>    of USA | | | | |
| 08 | 17 | Notice of Motion [08-27-91 @ 9:30 a.m. (C)] Motion to<br>    Designate Local Counsel In Accordance With Rule 110-2;<br>    Memorandum of Law And Declaration | | | | |
| 27 | 18 | EP:  M/Compel - Osborne present. Motion is GRANTED.<br>    Osborne to prepare order.<br>    M/Designate Local Counsel - Osborne will prepare an<br>    order re this subject matter    (No Record/In Chambers)<br>                CONKLIN | | | | |
| 29 | 19 | Appearance Of Local Counsel<br>    Earle A. Partington appears | | | | |
| 30 | 20 | ORDER Setting Hearing To Determine Why Conditions Of Bail For<br>    Defendant H. Wayne, Jr. Should Not Be Modified CONKLIN<br>    hrng to take place on 09-30-91 @ 10:30 a.m. (C) | | | | |
| | 21 | ORDER Compelling The Deposition Of Colleen Russo Pursuant To<br>    Rule 15 Of The Federal Rules Of Criminal Procedure CONKLIN<br>    purs to hrng of 08-27-91 | | | | |
| Sep 26 | 22 | Notice - M/Determine Why Conditions of Bail for Defendant<br>    H. Wayne, Jr. Should Not Be Modified on 08-29-91 Atty.<br>    Earl A. Pardington filed an appearance of Local Counsel<br>    therefore the Hearing presently set for 09-30-91 is hereby<br>    taken off the calendar. | | | | |
| | | - see next page - | | | | |

| Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT                                          page 3
CRIMINAL DOCKET                      HAYES, H. WAYNE              CR 91-00079 HMF (
   AO 256A                                                          **ACK**

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** | | | | | |
| Oct 2   23 | Ex Parte Application for Order Shortening Time for Hearing on Motion to Continue Trial Date; Certificate of Earle A. Partington | | | | |
| 24 | Notice of Motion;[10-15-91 @ 1:15 p.m. (Conklin)]; Motion to Continue Trial Date; Declaration of Earl A. Partington; Declaration of H. Wayne Hayes; Certificate of Service | | | | |
| 25 | ORDER Granting Ex Parte Application Shortening Time for Hearing on Motion to Continue Trial Date - [10-15-91 @ 1:15 p.m. before Magistrate Conklin]          CONKLIN | | | | |
| 4   26 | Opposition To Defendant's Motion To Continue Trial; Memorandum In Opposition To That Motion And The Declaration of Leslie E. Osborne, Jr. | | | | |
| 15   27 | EP: Deft's M/Continue Trial Date - Partington, Osborne Deft's presence waived. Deft hereby withdraws their M/Cont Trial Date. Deft's counsel hereby states to the court that the deft will be doing a R20 back to Texas. FPT set for 10-17-91 will be moved to 10-16-91 at 2:30 p.m. (C). Partington to indicate to the court at that time the status of this action  (ESR)  CONKLIN | | | | |
| 16 28 | EP: Final PT Conf - Osborne, Partington - Deft's presence waived Deft's Oral M/COnt Trial DAte - GRANTED. JS/JT - 01-07-92 at 9:00 a.m. (F) Deft is to do a Rule 20 plea. Osborne to prepare order reflecting excludable time    (ESR)    CONKLIN | | | | |
| Nov 7   29 | Stipulation to Continue Trial and ORDER Finding Excludable Time -  Trial contd. from 10-22-91 to 01-07-91. The Time from 10-22-91 through 01-07-91 is excluded pursuant to 18:3161(h)(1)(G).          FONG | 10-22-91 01-07-91 | T | 47 | |
| 26   30 | EO: Hearing on Motion for withdrawal of Not Guilty Plea and to Plea Anew is set for November 27, 1991 @ 1:30 p.m. Mr. Partington will inform Mr. Osborne fot he above date. cc: U.S. Probation Office. Judge Fong's chambers.  FONG | | | | |
| 27   31 | EP: Motion for Withdrawal of Not Guilty Plea and to Pela Anew- Douglas Moulder, esq., defense attorney, not present. Defendant sworn. Questioned. Advised of right ot trial by jury, etc., and the maximum penalty provided by law. | | | | |
| 32 | "MEMORANDUM OF PLEA AGREEMENT" filed and accepted. Mr. Osborne recited the essential elements of the charges contained in Counts 1 & 3 of the Indictment. Further questioned. Guilty plea entered to Counts 1 & 3 of the Indictment.  Referred for presentence investigation and report, and sentencing is set for March 2, 1992 @ 2:00 p.m. Douglas Moulder, Esq. ordered to appea for the sentencing. Bond continued. Osborne & Partington present.   (SP) FONG | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

– see next page –

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   HAYES, H. WAYNE, JR.

Page 4
91 00079 HMF 01

AO 256A

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|------|--|------------------------------|------------|-----|-----|-----|

**1992**

Feb 24 | 33 | EO:  SENTENCING contd from  03-02-92 to 03-06-92 at 2:00 p.m. (F)
Notified the following by phone: Osborne, Partington
cc: the above attys; USPO Judge Fong's chambers FONG

Mar 5 | 34 | EO:  SENTENCING contd from 03-06-92 to 04-06-92 @ 2:15 p.m. (F)
cc: Osborne, Partington, Judge Fong's Chambers, USPO,USM FONG

12 | 35 | Motion to Substitute Counsel of Record; Notice of Appearance;
ORDER Granting Motion to Substitute Counsel of Record;
Certificate of Service - Timothy A Jones substituted for
Douglas Mulder as Defendant's counsel.    FONG

36 | Petition for Admission to Practive Pro Hac Vice; Certificate
of Service; Attorney Registration Statement; ORDER Granting
Petition for Admission to Practice Pro Hac Vice; Certificate
of Service                    CONKLIN

Apr 6 | 37 | EP:  Sentencing to Counts 1 & 3 of the Indictment - Defendant
not present. Government's Motion for Warrant of Arrest
granted without bail. Government's Motion for Forfeiture
of Bail - granted. Mr. Osborne will prepare the order.
Leslie Osborne, Earle Partington & Timothy Jones present.
(ESR) FONG

38 | BW ordered & issued; **NO BAIL set**                    FONG

17 | 39 | Motion for an Order to Forfeit Bond; Certificate of Service

22 | 40 | ORDER FOR Forfeiture of Bond                    FONG

May 22 | 41 | Return on BW - exec by USM, SD/FL - 05-05-92

26 | 42 | EO:  Letter of Transmittal - S.D. Florida w/ the following cert
documents : Docket Sheet, Warrant of Removal, Waiver of
Removal (Orig), Order On Hearing To Report Re Counsel (Orig),
Report Commencing CR Action (Orig), Order on Initial
Appearance (Orig)   cc: USA, USPO

Jun 3 | 43 | Notice of Motion; [06-29-92 @ 11:15 a.m. (Fong)];
Motion to Withdraw guilty Plea Pursuant to Federal Rule
of Criminal Procedure 32(d); Memorandum in Support of
Motion; Certificate of Service

11 | 44 | EO:  Hearing on Return on the Warrant of Arrest is set for
June 15, 1992 @ 1:30 p.m.  Hearing on Motion for Withdrawal
of Guilty Plea to Counts 1 & 3 of the Indictment is advanced
from 11:15 a.m. to 9:45 a.m. on June 29, 1992. Sentencing
will be set for the same date and time. Notified the following
by telephone: Earl Partington, Esq.; Leslie Osborne, Esq.;
USPO, USM, Judge Fong's chambers.    FONG

– see next page –

| Interval (per Section III) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

HAYES, H. WAYNE, JR.

page 3
CR 91-00079 HMF 01

ACK

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) (d) |
| 1992 | | | | | |
| Jun 15 | 45 | EP: Return on Warrant of Arrest-Discussion with the Court by Deft's Counsel, the Defendant and Defendant's Wife. This matter is subject to scheduling on 72 hour notice. Court did not have ample information on the Defendant's injury of his foot to make any decision regarding Bail. Osborne & Partington present.          (Lisa Groulx) FONG | | | |
| 19 | 46 | Government's Opposition to Defendant H. Wayne Hayes' Motion to Withdraw His Guilty Plea; Memorandum in Support of Government's Opposition to Defendant H. Wayne Hayes' Motion to Withdraw His Guilty Plea; Certificate of Service | | | |
| 29 | 47 | EP: M/Withdrawal Of GUILTY plea To CTS 1,3 of the Indictment and SENTENCING - Osborne, Partington , S. King, Jr., Timothy A. Jones. Deft's Oral M/Substitution of Local Counsel - GRANTED. S. King, Jr., substituted for Partington. S. King, Jr. to prepare the order. Earle A. Partington, CST. H. Wayne Hayes, Jr., CST. M/Withdrawal of Guilty Plea to CTS 1 & 3 of the Indictment- GRANTED. NOT GUILTY pleas reinstated. SENTENCING - VACATED. Oral M/Bail - DENIED without prejudice. Case remanded to the Magistrate Judge for resetting conf at 2:15 p.m. today. S. King, Jr. will prepare the order. (TC) FONG | | | |
| | 48 | EP: Resetting Conference - Osborne, Timothy Jones, S. King, Jr. present. New dates given: JS/JT - 09/22/92 at 9:00 a.m. (F) Final PT - 09/10/92 at 10:30 a.m. (tba) Defts ms due 07/20/92. Govts resp due 08/03/92 08/25/92 to 09/22/92 excluded due to continuity of counsel. Osborne to prepare order. Deft remanded to custody of USM (ESR)     CONKLIN | 08-25-92 09-21-92 | T | 28 |
| Jul 13 | 49 | Notice of Motion; [07-20-92 @ 3:00 p.m. (Fong)]; Motion for Release on Own Recognizance or in the Alternative on Bail and for Order Setting Aside Bail Forfeiture; Declaration of Samuel P. King, Jr.; Certificate of Service | | | |
| | 50 | ORDER Granting Motion to Withdraw Guilty Plea Certificate of Service          FONG | | | |
| | 51 | ORDER Granting Motion to Substitute Local Counsel - Earle Partington withdraws as local counsel and Samuel P. King Jr. is appearing as local counsel.  FONG | | | |
| 20 | 52 | EP: Deft's Petition For Writ of Habeas Corpus; Deft's M/Release on OR or in the Alt On Bail & For Order Setting Aside Bail Forfeiture - Paik, S. King, Jr. Arguments held. Deft's Petition for Writ of Habeas Corpus - DENIED without prejudice. Deft's M/Release on OR contd until 07/27/92 at 3:00 p.m. (F) (TC) FONG | | | |
| | | - see next page - | | | |

UNITED STATES DISTRICT COURT
**CRIMINAL DOCKET**   *U. S. vs*

HAYES, H. WAYNE, JR.

page **6**

CR 91-00079 HMF 01

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--|----------------------------|-----|-----|-----|-----|
| | | | (Document No.) | (a) | (b) | (c) | (d) |

1992

| Jul 24 | 53 | EO: | Hearing on Defendant's Motion for Release on Own Recognizance or in the Alternative on Bail and for Order Setting Aside Bail Forfeiture is continued from July 27, 1992 to July 28, 1992 @ 12:00 noon. Dean D. Paik, Esq. will notify Samuel P. King, Jr. Esq.  cc: The above attorneys. USM, USPO, Judge Fong's chambers.     FONG |   |   |   |   |
| 27 | 54 | EO: | Hrng on Deft's M/Release on OR etc set for 07/28/92 at 12 noon is **continued until moved on.** The motion will be re-noticed as soon as the deft recv the med records Notified the following by phone: S. King, Jr/message on answering machine, Paik. cc: the above attys, USM, USPO | | **FONG** | | |
| 28 | 55 | | Supplementary Information Concerning H. Wayne Hayes and Reasons For Denial Of Application To Bail  (by USA) | | | | |
| Aug 19 | 56 | | Defendant's Motion for Extension of Time to File Motions; ORDER: Certificate of Service - Deft. motions extended from 07-20-92 to 08-10-92 @ 5:00 p.m.     FONG | | | | |
| 27 | 57 | | Notice of Motion; [09-08-92 @ 3:45 p.m. (Fong)]; Motion to Withdraw as Counsel of Record and for Permission for Defendant to Proceed Pro Se; Declaration of Samuel P. King, Jr.; Exhibit A; Certificate of Service | | | | |
| Sep 2 | 58 | EO: | Hearing on Defendant's Motion to Withdraw as Counsel of Record and for Permission for Defendant to Proceed Pro Se is continued from September 8, 1992 to September 11, 1992 @ 9:00 a.m. Notified the following by telephone. Leslie E. Osborne, Esq.; Samuel P. King, Jr., Esq. cc: The above attorneys. USM, USPO.     FONG | | | | |
| 8 | 59 | | Government's Reply to Defendant H. Hayne Hayes' Request to Proceed Pro Se; Certificate of Service | | | | |
| 10 | 60 | EP: | FPT - Osborne. Defense attys not present. Both Osborne & Deft HAyes inform the Court the PT Conf should not be held at this time. PT Conf CUMO     (TC) YAMASHITA | | | | |
| 15 | 61 | EP: | M/Withdraw As Counsel of Record & For Permission For Deft To Proceed Pro Se - Osborne, S. King, Jr. Hrng previously set for 09/11/92 at 9:00 a.m. was vacated & contd to today because of the closing of the fed bldg due to Hurricane Iniki. Defense atty Timothy A. Jones not present. M/Withdraw as Counsel of Record & For Permission for Deft To Proceed Pro Se - GRANTED. Both Timothy A. Jones & Samuel P. King, Jr are allowed to w/draw, however, King will remain as counsel for a limited purpose of filing & arguing M/Set Bail. Deft allowed to proceed pro se, but the Court will appt counsel to assist him. JT contd to 11/17/92 at 9:00 a.m. (F). Ordered that the **hrng contd - *See Next Page*** | | | | |

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        HAYES, H. WAYNE      CR91-00079 HMF 01   page 7

AO 256A                                        **ACK**

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 Sept 15 | | **M/Withdraw As Counsel - contd:** pd from 09/22/92 to and including 11/17/92 be excluded from comp under the Speedy Trial Act. PT Conf set for 11/09/92 at 2:00 p.m. (Y) Ms deadline - 10/13/92. Opposition memo to be filed no later than 10/30/92 & reply memo to be filed no later than 11/04/92. Hrng on ms set for 11/09/92 at 9:45 a.m. (F) (YI)    FONG | | 09-22-92 11-16-92 | T | 55 |
| 17 | 62 | Declaration of Samuel P. King, Jr.; Exhibits A-I | | | | |
| 22 | 63 | Supplemental Declaration of Samuel P. King, Jr.; Exhibit A; Certificate of Service | | | | |
| 28 | 64 | Supplemental Information in Opposition to Defendant H. Wayne Hayes' Request for Bail; Exhibits 1 and 2; Certificate of Service | | | | |
| Oct 5 | 65 | Defendant's Motion for a Court Order For Discovery Material | | | | |
| 6 | 66 | Motion for Investigative Services Ex Parte - | | | | |
| 7 | 67 | Defendant's Motion for Court Hearing Transcripts **Referred to Judge Fong** | | | | |
| | 68 | Defendant's Request for Subpoena (Ex Parte); Exhibit A **Referred to Judge Fong** | | | | |
| 8 | 69 | ORDER Denying Defendant's Motion for Release From Detention - cc: Samuel P. King Jr.; FPD, USPD, SUM, Osborne. FONG | | | | |
| | 70 | Government's Reply and Opposition to Defendant's Various Motions For Discovery Dated September 29, 1992; Certificate of Service | | | | |
| 13 | 71 | Supplemental Declaration of Samuel P. King, Jr.; Exhibit A; Certificate of Service | | | | |
| | 72 | Notice of Inability to Prepare and File "Pre-Trial Motions" Request for Motion Hear | | | | |
| | 73 | Declaration of H. Wayne Hayes in Support of Request for Bail | | | | |
| 16 | 74 | Supplemental Declaration of Samuel P. King, Jr.; Exhibit A; Certificate of Service | | | | |
| 21 | 75 | ORDER Denying Defendant's Motion for a Court Order For Discovery Material, Denying Defendant's Ex Parte Request for Subpoena, Denying Defendant's Motion for Court Hearing Transcripts, and Granting in Part Ex Parte Motion for Investigative Services.    FONG | | | | |
| 28 | 76 | Notice of Hearing; [No Hearing Date Set]; Motion to Shorten Time; Defendant Declaration in Support of Motion to Shorten Time; [Defendant's Motion to Dismiss; Defendant Motion for Discovery] | | | | |
| | | - see next page - | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

HAYES, H. WAYNE

AO 256A ●

**ACK** page 8
CR 91-00079 HMF 01

| | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) (b) (c) (d) |

1992

Oct 29  77  ORDER Shortening Time to Hear Defendant's Motion to Dismiss
and Motion for Discovery - DENIED -- FONG

78  Government's Reply to Defendant's Pleading Filed October 28, 1992;
Exhibits "1" and "2"; Certificate of Service

30  79  ORDER Removing Hearing From Calendar -   FONG
[11-09-92 @ 9:45 a.m.]

Nov 5  80  Defendant's Motion for Reconsideration of Order Denying Defendant's
Motion for Court Order for Discovery; Court hearing Transcripts;
Ex- Parte Motion for Court subpoena for Sec Records and
Transcripts; Proposed Order

81  Government's Proposed Jury Instructions; Certificate of Service

6  82  Notice of Motion; [11-09-92 @ 3:15 p.m. (Fong)]; Motion to Withdraw
as Stand-By Counsel due to Conflict of Interest; Declaration
of Counsel; Certificate of Service

9  83  EO:  Final Pretrial Conference - Not Held.  Defendant in custody
on Mainland.  Deft. will return to Hawaii by 11-15-92.
Final Pretrial Conference contd. to 11-16-92 @ 9:00 a.m.
before Magis. Yamashita.        YAMASHITA

84  EP:  Motion to Withdraw as stand-by counsel due to conflict
of interest - Motion granted.  Ordered that the magistrate
judge appoint a stand-by counsel posthaste. (E-mail sent
to ShariM)  Mr. Ney will prepare the order.  Lawrence L.
Tong; Richard A. Ney & Alexander Silvert present. (SP) FONG

85  Defendant's Motion in Support for Assistant-Stand-By Counsel
Withdrawl and Motion to Dismiss the Indictment;
Certificate of Service

10  86  EO:  Hrng on Deft's M/Dismiss set for 11/16/92 at 11:30 a.m.(F)
Notified the following by phone: Osborne/receptionist;
Wilkowski. cc: Judge Fong's chambers, USM, & above attys. FONG
87  APPOINTMENT - 0488977 - WILKOWSKI - nunc pro tunc 11/09/92 - w/drawn STANDY-BY
12  88  ORDER GRANTING Motion To Withdraw As Stand-By Counsel FONG   purs 5:3109
Atty from CJA panel to be apptd

89  Government's Opposition To The Defendant's Motion For Reconsideration
Of The Court's Order Denying Discovery; Statement Regarding
SEC Documents; And Opposition To Motion To Dismiss

16  90  Defendant's Motion to Dismiss

91  ORDER Authorizing Temporary Transfer of the Defendant H. Wayne
Hayes, Jr. Into the Custody of Agents of the Federal Bureau
of Investigation        YAMASHITA

- see next page -

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT                                                     page 9
CRIMINAL DOCKET          HAYES, H. WAYNE                         CR 91-00079 HMF 01
    AO 256A                                                         **ACK**

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| **1992** | | | | | | |
| Nov 16 | 92 | **EP:** Final Pretrial Conference - deft. present. with stand by atty. Mary Wilkowski.  Final PT form used.  Les Osborne present.                          (ESR) <u>YAMASHITA</u> | | | | |
| | 93 | **EP:** Defendant's Motion to Dismiss - On the issue of Stand-By Counsel the Court made a finding that the defendant is presently without funds to obtain private counsel. Therefore, under the Criminal Justice Act, the defendant is entitled to court-appointed counsel, and Mary A. Wilkowski, Esq.  is appointed as a stand-by counsel, the same way in which the Federal Public Defender was appointed.  Mr. Osborne will make an inquiry into defendant's allegations regarding: 1. Mr. Cathy restricting the defendant use of the law library at the Metropolitan Correctional Center. 2. Defendant's mail from his attorneys being opened without defendant's knowledge.  Defendant's Motion for Reconsideration of Order Denying Defendant's Motion for Court Order for Discovery, Court Hearing Transcripts, Ex-Parte Motion for Court Subpoena for SEC Records and Transcripts - denied. A. written order will be filed.  Defendant's Motion to Dismiss the Indictment is continued to January 19, 1993 @ 9:00 a.m.  Ordered that the defendant file the affidavits, declarations and documents in support of his Motion to Dismiss Indictment by December 16, 1992, and the government respond by January 5, 1993.  Jury Selection/Trial is continued until February 2, 1993 @ 9:00 a.m.  Ordered that the period from Nobember 17,1 992 to and including February 2, 1993 be excluded from computation under the Speedy Trial Act. Government's Oral Motion to Take the Deposition of George Phillips - granted.  Leslie E. Osborne; H. Wayne Hayes, Jr., Pro Se; & Mary A. Wilkowski, Stand By Counsel present.                          (SP) <u>FONG</u> | | | | |
| | 94 | ORDER Denying Defendant's Motion for Reconsideration of Order Denying Defendant's Motion for Discovery    <u>FONG</u> | | | | |
| | 18 | 95 | Declaration of Leslie E. Osborne, Jr. | | | | |
| 25 | 96 | Standby Counsel's Ex Parte Application for Issuance of Additional CJA-20 Expense Vouchers; Declaration of Standby Counsel ORDER                                 <u>YAMASHITA</u> | | | | |
| Dec 15 | 97 | Motion to Withdrawl Defendant's Motion to Dismiss filed November 16, 1992. | | | | |
| | 98 | Defendant Motion to Dismiss and Request For a Court Ordered Investigation Order | | | | |
| | 99 | Declaration of H. Wayne Hayes, Jr. | | | | |
| 23 | 100 | Defendant's Second Motion for Reconsideration of Motion for Discovery; Defendant's Motion to Dismiss Indictment | | | | |

    — see next page —                    Interval        Start Date    Ltr. Total
                                          (per Section II)   End Date    Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

HAYES, H. WAYNE

**ACK**
page 10
CR 91-00079 HMF 01
Yr. | Docket No. | Def.

AO 256A ⬤

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |

1993
Jan 7    101    Defendant Motion For Court Approved Investigative Expenses Ex
Parte -

102    Defendant Motion to File Motion in Excess of Twenty-Five Pages

103    Defendant Motion to Dismiss the Indictment For Preindictment
Delay;  Defendant Declaration in Support of Dismissal;

104    Defendant's Notice to Court

105    Defendant Request for Temporary Bail

106    Defendant's Motion to Dismiss Due to Substantive Violation of
Due Process;  Defendant Declaration in Support; Exhibits

14    107    Government's Reply And Opposition To Defendant's Various Motions
Filed December 23, 1992 and January 7, 1993; Exhibit "A"

19    108    EP:  Various Motions -
1. Defendant's Motino to Withdraw Defendant's Motion to
Dismiss filed November 16, 1992 - granted.
2. Defendant's Motion to File Motion in Excess of Twenty-Five
Pages - granted.
3. Defendant's Motion to Dismiss and Request for a Court
Ordered Investigation - denied.
4. Defendant's Motion to Dismiss Indictment re: Parallel
Discovery - denied without prejudice.
5. Defendants Second Motion for Reconsideration of Motion
for Discovery re: Correspondence Between the local
U.S. Attorney's Office, FBI and SEC - taken under advisement.
Ordered that Mr. Osborne file his response under oath.
Alexander Silvert affirmed to tell the truth.  Further
hearing of the remaining motions is continued to January
20,1 993 @ 4:30 p.m. Leslie E. Osborne; H. Wayne Hayes
Jr., Pro Se; Mary A. Wilkowski, Stand by Counsel present.
(TC) FONG

109    Affidavit of Howard M. Neu

110    Photo copy of Affidavit of Douglas D. Mulder

111    Affidavit of Harry Winderman, Esq. (Photo Copy)

112    Affidavit of Timothy A. Jones

113    Affidavit Pertaining to Sec Involvement in Investigation of
Hawaii Interests of H. Wayne Hayes

114    Affidavit Pertaining to Acquisition and Review of Records

115    Affidavit Pertaining to Information Regarding Oil and Gas Production
in the Matter of H. Wayne Hayes

- see next page -

Interval
(per Section II) | Start Date
End Date | Ltr. | Total
Code | Days

UNITED STATES DISTRICT COURT                                                    page 11
CRIMINAL DOCKET              HAYES, H. WAYNE                          CR 91-00079 HMF 01
    AO 256A                                                                    **ACK**

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | —(Document No.)— | | | | |

1993
Jan 20  116   ORDER - 9CCS - Petition for a writ of mandamus is ordered filed
              w/o prepayment of fees and is hereby denied.
              [Filed 9CCA: 12-23-92 - Attest: 01-11-93]

      117   EP:  Deft's Ms To Dismiss - Osborne, Hayes pro se, Wilkowski stand by
              Samuel P. King, Jr., CST
              1) Deft's M/Dismiss Indictment for Lack of Speedy Trial - DENIED
              2) Deft's M/Dismiss Indictment on the Issue of Kidnap - DENIED
              3) Deft's M/Dismiss Due To Substantive Violation Of Due
              Process - DENIED
              4) Deft's M/Court Approved Investigative Expenses Ex Parte -
              GRANTED in the amt of $3,500.00
              5) Deft's M/Compel The Govt To Produce Brady Material - GRANTED
              6) Deft's M/Temporary Bail - DENIED
              7) Deft's M/Dismiss Indictment For PreIndictment Delay -
              Motion & Issue whether to hold an evidentiary hrng -
              taken under advisement. Ordered the Osborne file Affidavit of
              Don Southerland, Jr. & Rory C. Flynn
              8) Deft's M/Returned to Metropolitan Correctional Center - DENIED
              9) Deft's M/Cont Trial - DENIED
              Deft's Exhib D-1 thru D-6 marked for ID        (TC) FONG

      118  Declaration Of Don Southerland, Jr.     - 01/20/93

   22 119   Declaration Of Don Southerland, Jr.     - by Fax (01/21/93)

      120   Petition For Writ Of Estoppel    - by deft pro se
      121   Defendant's Supplemental Declaration In Support Of Defendant's Motion
              Dated November 6, 1992 To Dismiss  - by deft pro se

      122   Defendant's Reply To Government's Declaration From Donald Sutherland

      123   Declaration of Leslie E. Osborne, Jr.

   25 124   Defendant's Ex Parte Motion To Shorten Time For Defendant's
              Motion For Extra Ordinary Relief    - deft pro se
              referred to Judge Fong    ccd: Osborne
      **125   NOTICE OF EMERGENCY CRIMINAL INTERLOCUTORY APPEAL** (CA 93-10043)
              by deft pro se
      126   Defendant's Motion For Court Transcripts, Ex-Parte
              referred to Judge Fong    ccd: Osborne

      **127   ORDER for Time Schedule - RT to be ordered by 2/15/93;
              RT to be filed by 3/17/93; Aplt's opening brief to be
              filed by 4/26/93; Aple's brief to be filed by 5/26/93;
              Reply brief (if any) to be filed by 6/9/93 -
              cc: Clerk, 9th CCA; cc: all counsel**
              Notice of Appeal sent to Clerk, 9th CCA and all counsel

   26 128   Notice to Court - by defendant

      129   Declaration of Daniel Den Hartog

              - see next page -

|  | Interval | Start Date | Ltr. | Total |
|---|---|---|---|---|
|  | (per Section II) | End Date | Code | Days |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  *U. S. vs* | | ACK page 12 |
|---|---|---|

HAYES, H. WAYNE

CR 91-00079 HMF 01
Yr. | Docket No. | Def.

AO 256A ⊛

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1993 Jan 26  130 | Defendant's Response to Declaration of SA Donald Sutherland Re: Motion to Dismiss Pre Indictment Delay | | | | |
| 131 | EP:  PT Conf - Osborne, Hayes - pro se, Wilkowski - stand by Discussion held re the deft's newly filed ms. Deft's M/Writ of Estoppel & M/Extraordinary Relief will be deferred until responses are filed. Deft's Renewed M/Cont Trial - GRANTED JS/JT - 04/06/93 at 9:00 a.m. (HMF) Ordered that the pd from 02/02/93 to and including 04/06/93 be excluded from computation under the STA. Deft's Renewed M/Bail - DENIED . Court recommended that the deft be held at the Metropolitan Correctional Center, San Diego, CA Ordered that all witnesses subpoenaed by the govt to appear before this Court on 02/02/93 appear on 04/06/93 at 9:00 a.m. (HMF) instead. Ordered that any new ms, including M/s Limine be filed no later than 02/22/93 and responses be filed 2 wks thereafter. Wilkowski adv the Court that she will not be able to be in court on the afternoon of 04/22/93 and all day 04/23/93. Hayes adv the court that he will be able to proceed without Wilkowski during that pd.  (YI) FONG | | 02-02-93  T  04-05-93 | | 53 |
| 132 | Declaration of Rory C. Flynn | | | | |
| 29  133 | Defendant's Discovery Motion Re: Parallel Prosecution Motion to Dismiss | | | | |
| 134 | Defendant Ex Parte Motion for Subpoena Duces Tecum | | | | |
| 135 | Declaration of Don B. Southerland, Jr. | | | | |
| 136 | Declaration of Don Southerland, Jr. | | | | |
| Feb 1  137 | EO:  Deft's Ex Parte Motion For Subpoeana Duces Tecum to be issued to the Bank of Hawaii & John McDermott, Esq. is GRANTED                    FONG | | | | |
| 5  138 | Government's Opposition to Defendant's Discovery Motion of January 29, 1993;  Certificate of Service | | | | |
| 8  139 | Transcript Designation and Ordering Form - Yukie Ichikawa: 09-15-92; 01-26-93 Stephen Platt: 11-09-92; 11-16-92; Terrence Chun: 01-19-93; 01-20-93 ESR: 11-16-92 - see next page - | | | | |

Case 1:91-cr-00079-HG   Document 359   Filed 01/24/91   Page 14 of 29   PageID.14

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

HAYES, H. WAYNE JR.

page 13
CR 91-00079 HMF 01
**ACK**

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| **1993**<br>Feb 18 | 140 | Defendant's Response to Government's Opposition and Reply Defendant's Various Motions Filed December 23, 1992 ang January 7, 1993 and Hearings on January 19, 20 and 26, 1993. | | | | |
| | 141 | Defendant Reply to Government's Opposition to the Defendant's Discovery Motion dated January 29, 1993 | | | | |
| | 142 | Supplement to Defendant's Reply to Motion to Dismiss the Indictment for Pre-Indictment Delay to Government's Reply and Opposition dated Jan 14, 1993 | | | | |
| | 143 | Defendant's Motion for Additional Investigative Fees Ex Parte; Exhibit A | | | | |
| | 144 | Defendant's Response to the Court Request for Defendant Waiver of Counsel, U.S.C.A. 6 | | | | |
| 18 | | Transcript of Proceedings - Orig. - pp. 78 - 09-15-92 - Yukie Ichikawa<br>Transcript of Proceedings - Orig. - pp. 37 - 01-26-93 - Yukie Ichikawa | | | | |
| 26 | 145 | ORDER; Certificate of Service - Trial contd. from 02-02-93 to 04-06-93 @ 9:00 a.m. (Fong).        FONG | | | | |
| **1993**<br>Mar 3 | 146 | Defendant's Motion for Show Cause Order | | | | |
| | 147 | Notice of Hearing for Defendant's Motion for Show Cause Order and Motion for Extraordinary Order - [No Hearing Date set] | | | | |
| | 148 | Defendant's Motion to Dismiss The Indictment in Violation of the Statute of Limitations - | | | | |
| | 149 | Motion to Dismiss the Indictment Failure to Notice of Changes | | | | |
| | 150 | Defendant's Motion for Extraordinary Order and Extension of Time For Motion in Limine, Voir Dire and Jury Instructions | | | | |
| | 151 | Defendant's Motion To Dismiss the Indictment For Abuse of Process and Prosecutorial Misconduct and Exhbit "A" | | | | |
| 5 | 152 | Authorization and Voucher for Payment of Transcript V#2230601090 - $342.00 - Yukie H. Ichikawa - FONG | | | | |
| 9 | 153 | Defendant's Motoin for Return of Property Pursuant to Rule 41,F.R. Crim. Proc.; Certificate of Service | | | | |
| 10 | 154 | Government's Opposition to Defendant's Various Motions Filed March 3, 1993, Motion for Show Cause Order; Motion For Extraordinary Order and Extension of Time for Motion In Limine, Voir Dire and Jury Instructions, Motion to Dismiss For Violation of Statute of Limitations, and Motion to Dismiss the Indictment Failure to Notice of Charges (SIC); Certificate of Service | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

HAYES, H. WAYNE JR.

AO 256A ⊛

page 14
CR 91-00079 HG-01
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.) | (a) | (b) | (c) | (d) |

1993
Mar 17    Transcript of Proceedings pp. 183 - 01-19-93; 01-20-93 - Terrence Chun

19  155   Defendant's Notice of a Hearing Pursuant to Rule 41(e)
              Federal Rules of Criminal Procedure (No Hearing Date)

    156   Defendant's Motion for Individual and Detailed Voir Dire

          Transcript of Proceedings pp. 8 - 11-09-92 - Stephen Platt
          Transcript of Proceedings pp. 75 - 11-16-92 - Stephen Platt

22  157   Defendant's Reply to Government's Opposition to Defendant's
              Various Motions Filed March 3, 1993.

Apr 1  158   Government's Reply to Defendant's Motion For Return of Property
              (Rule 41) and Motion to Suppress Materials From James
              Choate, Esq.; Declaration of Leslie E. Osborne, Jr.

5  159   ORDER Regarding Various Pretrial Motions Filed By Defendant FONG
              purs to hrngs of 01/19/93 and 01/20/93
              Prison Interference W/Legal Mail - Court DENIES deft's
              M/Dismissal of Indictment & For Court-Order investigation
              of the alleged incidence
              Parallel Prosecution By SEC & US Atty - DENIED
              Investigative Expenses - Court inidcated that it would
              authorize Lloyd Harrell's fees upon submission of the
              appropriate voucher. Additional $3500 for investigator
              services to be used in trial preparation - GRANTED
              Temporary Bail - Court finds deft conts to be a flight
              risk & DENIES the M/Temporary Bail & the M/Recons Of
              Permanent Bail
              Preindictment Delay - DENIES the M/Dismiss for excessive
              pre-indicmtnet delay
              Petition For Writ of Estoppel & M/Extraordinary Relief - Moot
              Interference With Attorney-client Relationship - Court
              does not find the govt's conduct rises to the level of
              outrageous misconduct - DENIES M/Dismiss the Indictment
              Waiver of Right To Counsel - Court finds that deft
              waived his right to counsel. Standby counsel apptd &
              will compensated as an expert/consultant - 5:3109
              Govt Misconduct Violating Right To Due Process -
              Failure to disclose Brady or Giglio is not a basis
              for dismissal of Indictment
              Additional Discovery Re Parallel Prosec - DENIED
              M/Additional Investigative Expenses - DENIED
              M/Order To Show Cause - DENIED
              M/Extension Of Time For Pretrial Motions & Extraordinary
              Relief - DENIED
              M/Dismiss Exceeding Statute of Limitations - DENIED
              M/Dismiss For Failure To Give Notice of Charges - DENIED
              M/Dismiss For Abuse Of Process & Prosecutorial Misconduct - DENIED
              M/Return of Property - DENIED
              M/Individual & Detailed Voir Dire - DENIED. Court will consider
              the list of questioned provided by deft ccd: all counsel
          *See Next Page*

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
   AO 256A

HAYES, H. WAYNE

**ACK**
CR91-00079 HMF 01   page

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | | |
| Apr 6 | 160 | Defendant's Request For Court Ordered Subpoenas (Ex-Parte) (Exhibit A), <u>In Camera</u>   [sic] | | | | |
| | 161 | Defendant Motion For Disclosure of Grand Jury List And Grand Jury Transcripts [sic] | | | | |
| | 162 | <u>EP:</u>  JURY SELECTION/TRIAL - 1st Day - 60 jurors present.  12 jurors and two alternates selected. Jury excused until April 7, 1993 @ 9:00 a.m.  Hearing held without the jury on various motions.  1. Defendant's Motion for Disclosure of Grand Jury List and Grand Jury Transcripts - Already ruled.  Not entitled to transcript of every Grand Jury witness.  Denied for lack of particularized need.  2. Motion for Hearing for Detention Conditions of Self-Representation for Trial - Denied.  3.  Request for Issuance of Subpoenaes - takeun under advisement. 4. Motion in Limine on the issues of: a. Fruit of the Poisinous Tree - denied.  b. Rule 404(b) Evidence - denied. c. Frank Kennedy - denied.  d. Peyton Travers - will not be called by the government.  Ordered that the government provide the defendant with a list of witnesses 48 hours prior to being called.  Defendant's Oral Motion for Continuance of Trial - denied.  Joe Carbrejos CST.  Defendant's Motion for Mistrial - denied.  Further trial continued to April 7, 1993 @ 9:00 a.m.  Leslie E. Osborne, Jr.; H. Wayne Hayes, Jr., Pro Se & Mary A. Wilkowski, Stand-by Counsel present.                    (TC) <u>FONG</u> | | | | |
| | 163 | Defendant Notice of Motions and Motion in Limine Memorandum and Points of Authorities in Support of Motions and Motion in Limine | | | | |
| | 164 | Notice of Hearing-Motion for Hearing For Detention Conditions For Self-Representation For Trial - | | | | |
| 7 | 165 | <u>EP:</u>  FURTHER JURY TRIAL - 2nd Day - Jury sworn and preliminarily instructed.  Government's opening statement.  Defendant's opening statement.  Ronald Alba CST.  John Till CST.  Colleen Speranza CST.  Deposition of Roger George Phillips read.  Ronald W. Hofer CST. Exhibits admitted: P-1, P-1.1, P-2, P-2.1, P-3, P-3.1 P-4 thru P-8.  P-100,, P-100.1 thru P-100.6, P-150, P-150.1, 802 & 817.  Jury excused until April 8, 1993 @ 9:00 a.m. Defendant's Motion for Transcripts of Proceedings of the Testimony of Ronald W. Hofer, etc. - denied.  Further trial continued to April 8,1 993 @ 9:00 a.m.  Leslie E. Osborne, Jr.; H. Wayne Hayes, Jr., Pro Se & Mary A. Wilkowski, Stand-By Counsel present.    (TC) <u>FONG</u> | | | | |
| | 166 | ORDER Granting in Part Defendant's Ex Parte Request for Court Ordered Subpoenas  **SEALED**            <u>FONG</u> <u>- see next page -</u> | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

HAYES, H. WAYNE

page 16 **ACK**
CR 91-00079 HMF 01

AO 256A ⊛

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

1993

Apr 8   167   EP:   FURTHER JURY TRIAL – 3rd Day –
Colleen Speranza recalled. Ronald W. Hofer recalled.
Betty James CST. Frank S. Kennedy CST. Mark Donaghey
CST. Robert Becker CST. Michael Radler CST. Marcy
A. Wells CST. Bonnie Germaine CST. Doris Stitt CST.
Gail Morell CST. Caesar Calvet CST. Susan Handlin CST.
Rhonda George CST. Exhibits admitted: P-60la, P-60lb,
P-60lc, P-60lh, P-601.1, P-601.2, P-601.3; P-802.1 thru
P-902.6; P-805, P-804.1; P-806, P-806.1 thru P-806.3;
& P-807. Further trial continued to April 13, 1993 @
9:00 a.m. Leslie E. Osborne, Jr.; H. Wayne Hayes, Jr.,
Pro Se & Mary A. Wilkowski, Stand by counsel. (TC) FONG

9   168   Extra Ordinary Request – by deft.

13   169   Defendant's Motion for Additional Investigative Fees
Exhibits A, B and C

170   Authorization and Voucher for Payment of Transcript
V#2230701383 - $243.00 - Stephen Platt - FONG

171   Authorization and Voucher for Payment of Transcript
V#2230601261 - $543.00 - Terrence Chun - FONG

13   172   ORDER Deferring Defendant's Request for Court Approval of
Investigative Fees and Denying Request for Additional
$5,000.00                                    FONG

173   EP:   Further Jury Trial – 4th Day –
Paula Hollingsworth CST. James Hazzard CST. Howard
Conine CST. Bill Wood CST. Guy Pardue CST. Leroy Warren
CST. Paula Hollingsworth recalled. Bill Wood recalled.
Lavelle Ivy CST. Scott Takahashi CST. Gilbert Shimatsu
CST. Hong Lee CST. Emily Ban CST. Alan Yanos CST.
Exhibits admitted: P-19.1, P-130, P-302, P-303, P-305,
P-400, P-400.2, P-500, P-801, P-803, P-808, P-810 & P-816;
D-1 & D-2. Further trial continued to April 14, 1993
@ 9:00 a.m. Leslie Osborne, Jr.; H. Wayne Hayes, Jr.,
Pro Se & Mary Wilkowski, Stand by Counsel. (TC) FONG

14   174   EP:   FURTHER JURY TRIAL – 5th Day-
Jacob Davis - CST. Frederick Hill - CST. Raymond Tomomitsu-
CST. Kamaar Ali - CST. Jerry Thomason - CST. Joseph Devall-
CST. George Miyachi - CST. CST. Ralph Takazawa - CST. Exhibits
admitted: P-103, 103.1 thru 103.4, P-104, P-105, P-105.1,
P-105.2, P-105.3, P-105.3b thru P-105.3d, P-105.3 P-105.5,
P-105.7, P-107, P-107.1, P-107.2, P-107.3, P-107.3b thru
P-107.3e, P-107.4, P-107.5, P-107.6, P-125.7, P-126.2,
P-127, P-127.1, P-300, P-301, & P-401; D-4 & D-5. Jury
excused until April 15, 1993 @ 9:00 a.m. Hearing held
without the jury regarding witnesses. Further hearing
held without the jury and the prosecutor regarding Defendant's
Request is granted with the exception of three witnesses.
Further trial cont. to April 15, 1993 @ 9:00 a.m. per
Osborne, Hayes, Wilkowski Present. (TC) FONG – see next page –

| | | Interval | Start Date | Ltr. | Total |
| | | Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

HAYES, H. WAYNE, JR.

page 17
CR 91-00079 HMF 01 **ACK**

| DATE | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | |
|------|---|---|---|---|---|
| | | | (a) | (b) | (c) (d) |

**1993**

| Apr 14 | 175 | Supplement to Defense Request for Witness Subpoena | | | |

| 15 | 176 | EP: FURTHER JURY TRIAL - 6th Day -<br>The minutes of April 13, 1993 is amended as follows:<br>the name of witness Paula Hollingsworth should be Paula<br>Hollingsworth-Thomas; The minutes of April 14, 1993 is<br>amended as follows: government's exhibit P-107.6 should<br>be stricken from the list of exhibits being admitted.<br>Examination of Ralph Takazawa resumed. Material witness<br>Lanny Freeman not present. Warrant of Arrest ordered<br>without bail. Juanita Ross CST. Anita Ross CST. Paul<br>Hugo CST. Judy Morishige CST. Vondell Betts CST. Ordered<br>that the Warrant of Arrest issued to Material Witness<br>Lanny Freeman be recalled. Lanny Freeman CST. Osborne,<br>Hayes & Wilkowski present. (TC) FONG | | | |

| | 177 | Defendant's Request for Release on Bail | | | |

| | 178 | Defendant's Amended Request for Release on Bail | | | |

| 16 | 179 | EP: BAIL HEARING -<br>Bail: $50,000.00 personal signature, and that defendant<br>be released to Third-Party Custodian Valerie Stokes-Hayes,<br>upon the following conditions: 1. That the defendant<br>not leave this jurisdiction without leave of court. 2.<br>That the defendant not change his address without leave<br>of court. 3. That the defendant appear al all scheduled<br>hearings. Defendant advised that if he flees the jurisdiction,<br>the court will consider this to be a waiver of his right<br>to continue without him. both the defendant and Stand-By<br>Counsel Mary A. Wilkowski, Esq. agreed that in the event<br>the defendant does flee, Mary A. Wilkowski will be appointed<br>to represent him as defense attorney. Bond signed in<br>open court by the defendant, Third-Party Custodian and<br>the court. U.S. Marshal directed to execute the Warrant<br>of Arrest issued by the U.S. District Court, Northern<br>District of Texas. Warrant executed. The bail set in<br>the District of Hawaii case is also set in the Northern<br>District of Texas case, based on the court's finding<br>that the defendant is not a flight risk. Osborne, Hayes<br>& Wilkowski present. (TC) FONG | | | |

| | 180 | ORDER Setting Conditions of Release - $50,000.00 Signature<br>Third party custodian - Valerie Stokes Hayes; 444 Niu St.<br>Apt. 1906. Waikiki, Honolulu, HI Ph. 946-1724.<br>That the defendant not leave the jurisdiction FONG | | | |

| | 181 | Appearance Bond -<br>444 Niu St. Apt 1906<br>Honolulu, HI 96815<br>Ph. 946-1724 FONG | | | |

| 19 | 182 | ORDER Setting Conditions of Release - FONG | | | |

- see next page -

Interval
(per Section II)

Start Date
End Date

Ltr. Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*

HAYES, H. WAYNE, JR.

page 18   **ACK**
CR 91-00079 HMF 01

AO 256A ®

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|---------------------|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1993**

Apr 20 183   EP:   FURTHER JURY TRIAL - 7th Day -
Hearing held without the jury regarding Defendant's Motion
in Limine to Preclude the Government from Introducing
A Partial Tape Recording of an Apollo Presentation -
denied.  Jacob DAvis recalled ofr cross-examination.
Hearing held without the Jury.  Court found that the
defendant is a pauper.  Defendant's Motion for Production
of the Original Merle Lam Tape- Government will Produce
the tape directly to the expert designated by Mr. Hayes.
Hearing held without the jury and prosecution.  Present
in court were the court, staff, defense team and James
Propotnick, Chief Deputy U.S. Marshal.  Defendant reduced
his witness list to nine from the continental U.S., and
will produce the list with an order to the U.S. Marshal.
Kazumi Nishiyama CST.  Janice Biley CST. Glenn Fujinaga
CST. Lane H. Shibata CST. Exhibits admitted: P-20, P-21,
P-22, P-101, P-101.1 thru P-108.4, P-115 & P-804.2; D-14.
Further trial continued to April 21, 1993 at 9:00 a.m.
Osborne, Hayes & WIlkowski present. (TC) FONG

21 184   EP:   FURTHER JURY TRIAL - 8th Day -
Clarence Y. Takeda CST.  Rhoda Kaluai CST.  Glenna Berryhill
CST.  Dennis Dunn CST.  Merle Lam CST.  Exhibits admitted:
P-9 thru P-18, P-104.1 thru P-104.6, P-106, P-106.1 thru
P-106.5, P-112, P-112.1 thru P-112.5, P-140, 140.1, P-140.2,
P-141, P-141.1 thru P-141.3, P-143, P-143.1 thru P-143.5,
P-145, P-149 & P-825; D-16. Further trial cont. to April
22, 1993 @ 9:00 a.m.  Osborne; Hayes & WIlkowski present.
(TC) FONG

185   Ex Parte Application for Issuance of Subpoenas; ORDER - FONG

186   Defendant's Motion for ORDER Appointing Expert Witness -
DENIED -  see Order granting conditional approval - FONG

187   ORDER Granting Conditional Authorization for Defendant's
Expert Witness                          FONG

22 188   EP:   FURTHER JURY TRIAL - 9th Day -
Examination of Merle Lam resumed.  Exhibits admitted:
P-129A, P-151, P-142, P-142.1, P-421.2, P-400.1A, P-400.1B,
P-811 thru P-815, & P-819; D-19, D-20 & D-22. Further
trial continued to April 23, 1993 @ 9:00 a.m.
Osborne; Hayes & Wilkowski present.     (TC) FONG

189   Withdrawal of Exper Witness (Bob Higdon-Pro Se)

23 190   EP:   FURTHER JURY TRIAL - 10th Day -
Donald Southerland CST.  Exhibits admitted: P-801A, P-802A,
P-802C, P-803A, P-804A, P-805A, P-805B & P-806A; D-24,
D-27 & D-28.  Government rested. Jury excused until April
27, 1993 @ 9:00 a.m.  Defendant's Motion to Dismiss Count
22 - granted.  Defendant will file his Rule 29 motion.
Further trial cont. to April 27,1 993 @ 9:00 a.m.
Osborne & Hayes present.         (TC) FONG - see next page -

| | | Interval | Start Date | Ltr. | Total |
| | | (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

HAYES, H. WAYNE JR.

page 19 **ACK**
CR 91-00079 HMF 01

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1993

Apr 27 | 191 | EP: FURTHER JURY TRIAL - 11th Day -
Defendant's Rule 29 motion - denied. Defendant's Motion
to Strike Exhibits P-801A, P-802A thru P-802C, P-803A,
P-804A, P-805A, P-805B & P-806A - denied without prejudice.
Defendant's Motion to Recall Lanny Freeman - denied.
Frank Pescatore CST. Brant Sugai CST. Exhibits admitted:
P-125.1, P-125.2, P-125.3, P-126.4, P-126.6, P-126.7,
P-126.8, P-134.2, P-801.2, P-801.3 and P-801.4.
Further trial continued to April 28, 1993 @ 9:00 a.m.
Osborne; Hayes & WIlkowski present. (TC) FONG

28 | 192 | EP: FURTHER JURY TRIAL - 12th Day -
Examination of Brant Sugai resumed. Conrad Chambers CST.
H. Wayne Hayes, Sr., CST. Don Tyler CST. Defendant's
Motion to Dismiss Indictment for Prosecutorial Misconduct
re Lam Tape - denied. John Parkerson CST. Exhibits admitted:
P-125.8, P-126, P-135, & P-137; D-21, D-33, D-34 & D-35.
Further trial continued to April 29, 1993 @ 9:00 a.m.
Osborne; Hayes & Wilkowski present. (TC) FONG

29 | 193 | EP: FURTHER JURY TRIAL - 13th Day -
Bob Higdon CST. Hearing without the jury regarding Government's Motion
to Preclude the Tesdimony of Defense Witness John L.
McDermott. Motion granted. Jim Choate CST. Jury excused
until April 30, 1993 @ 9:00 a.m. Hearing held without
the jury regarding Defendant's Motion to Dismiss Based
on Parrell Prosecution. Motion denied. Further jury
trial continued to April 30, 1993 @ 9:00 a.m. Osborne;
Hayes & Wilkowski present. (TC) FONG

194 | Settled Jury Instructions: Certificate of Service

30 | 195 | EP: FURTHER JURY TRIAL - 14th Day -
Examination of Mim Choate resumed. Hearing held without
the jury regarding the Government's Motion to Quash the
Subpoena Issued to Harry Winderman, Esq. - granted.
Defense rested. Government rested. Jury excused until
May 4,l 993 @ 9:00 a.m. Defendant's Renewed Motions:
1. Prejudicial Parallel Prosecution - denied. 2. JAQ
- denied. 3. Prosecutorial Misconduct - denied. Instructions
settled. Further trial continued to May 4,l 993 @ 9:00
a.m. Osborne; Hayes & Wilkowski present. (TC) FONG

May 4 | 196 | EP: FURTHER JURY TRIAL - 14th Day -
Hearing held without the jury regarding the Defendant's
Oral Motion for an Evidentiary Hearing re John L. McDermott.
Motion deferred. Jury instructed. Government's opening
argument. Bailiff sworn. Defendant's closing argument.
Government's rebuttal. Alternate jurors excused, not
discharged, and ordered to remain sanitized. Also instructed
to conduct their daily activities as if not on the jury.
Jury retired to deliberate (3:05 p.m. - 4:00 p.m.)

**CONTINUED ON NEXT PAGE**

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

HAYES, H. WAYNE JR.

page 20  **ACK**
CR 91-00079 HMF 01

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1993 | | **Continued EP:** | | | | |
| May 4 | 197 | "NOTE FROM THE JURY" (requesting 4 more copies of the Indictment) filed.  Further deliberation continued to May 5, 1993 @ 9:00 a.m.  Osborne; Hayes & WIlkowski present.                                        (SP) FONG | | | | |
| | 198 | Court's Jury Instructions                           FONG | | | | |
| 5 | 199 | EP:  FURTHER JURY DELIBERATION - Returned to resume deliberation (9:00 - 4:05) | | | | |
| | 200 | "NOTE FROM THE JURY" (requesting dictionary) filed. | | | | |
| | 201 | "NOTE FROM THE JURY" (inquiring about the inability to agree on any of the counts) filed.  Hearing held without the jury regarding the response to the second note from the jury (4:30 - 5:00).  Further jury deliberation continued to May 6, 1993 @ 9:00 a.m.  Osborne; Hayes & Wilkowski present.                                        (SP) FONG | | | | |
| 6 | 202 | EP:  FURTHER JURY DELIBERATION - Returned to resume deliberation (9:00 - 4:00) Further deliberation continued to May 7, 1993 @ 9:00 a.m.  Osborne; Hayes & Wilkowski present. (SP) FONG | | | | |
| 7 | 203 | EP:  FURTHER JURY DELIBERATION - Returned to resume deliberation (9:00 - 2:35) | | | | |
| | 204 | "NOTE FROM THE JURY" filed.  Jury returned with a partial | | | | |
| | 205 | verdict.  "VERDICT" read and filed.  Defendant found guilty of Counts 1 thru 10, 13, 14, and 17 thru 21. Jury polled.  Verdict unanimous.  Adjudged guilty of the above counts.  Mistrial declared to Counts 11, 12, 15 and 16.  Referred for presentence investigation and report, and sentencing is set for June 14, 1993 @ 2:15 p.m.  Bond revoked.  Bond in the Texas civil case also revoked.  Defendant's Motion for Judgment of Acquittal Notwithstanding Jury Verdict.  Court advised Mr. Hayes to make the motion in writing.  Osborne; Hayes & Wilkowski present.                                        (SP) FONG | | | | |
| | 206 | EO:  Ordered that Clerk of Court seal the jury cards/questionnaires of the jury panel that rendered the verdict in this case.                                                FONG | | | | |
| 10 | 207 | Defendant's Motion for Order For Payment of Additional Fees to Expert Witness; Exhibit "1" Schedules | | | | |
| 11 | 208 | Motion of Notice of Hearing for Reinstatement of Bail | | | | |
| | 209 | Declaration of H. Wayne Hayes Jr.; Motion for Reinstatement of Bail | | | | |
| | 210 | Certificate of Service | | | | |
| 12 | 211 | EO:  Hearing on Defendant's Motion to Reinstate Bail is set for Monday, May 17, 1993 @ 9:00 a.m.  Notified the following by telephone: Leslie E. Osborne, Jr.; Mary A. Wilkowski | | | | |

cc: The above; USM; USPO, Judge Fong   FONG
- see next page -

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

HAYES, H. WAYNE JR.

page 21 **ACK**
CR 91-00079 HMF 01.

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | | |
| May 12 | 212 | Government's Opposition to Defendant's Motion for Bail Pending Sentence; Exhibit "A", Declaration of Leslie E. Osborne, Jr., Certificate of Service | | | | |
| 14 | 213 | ORDER - 9CCA - Dismissed [Attest: 05-11-93] <br> cc: Judge Fong; USA; Hayes; Wilkowski | | | | |
| | 214 | ORDER - 9CCA - Appl. M/Clarification of court's 1/29/93 order is granted.  Appl. M/reconsideration of court's 01-29-93 order is denied. [Attest: 05-11-93] <br> cc: Judge Fong; US Atty. Hayes; Wilkowski | | | | |
| 17 | 215 | EP:  Motion Reinstate Bail - Motion Granted.  Bond reinstated. Valorie Stokes-Hayes to co-sign appearance bond.  Osborne; Hayes & Wilkowski present.          (SP) FONG | | | | |
| 19 | 216 | ORDER Denying Defendant's Motion for Payment of Additional Fees to Expert Witness  -cc: USA; Hayes          FONG | | | | |
| Jun 1 | 217 | Defendant's Notice of Hearing; [06-14-93 @ 2:15 p.m. (Fong)]; Motion for Judgement of Acquittal, Notwithstanding the Verdict; Certificate of Service | | | | |
| 7 | 218 | Government's Opposition to Defendant's Motion for Judgment of Acquittal and Other Relief and Memorandum; Certificate of Service | | | | |
| | 219 | Supplement to Defendant's Memorandum Supporting Motion For Judgment of Acquittal Notwithstanding the Verdict | | | | |
| 9 | 220 | Government's Opposition to defendant's Supplemental Motion For Judgment of Acquittal | | | | |
| | 221 | Defendant's Stay of Judgment and Relief Pending Appeal; Certificate of Service | | | | |
| 11 | 222 | Notice of Motion; [06-14-93 @ 2:15 p.m. (Fong)]; Plaintiff's Motion to Quash Subpoena to Testify; Exhibit "A"; Proposed Order Granting Plaintiff's Motion to Quash Subpoena to Testify; Certificate of Service | | | | |
| | 223 | Defendant's Reply to the Government's Opposition to Defendant's Supplemental Motion for Judgment of Acquittal and Other Relief | | | | |
| | 224 | Defendant's Reply to the Government's Opposition to Defendant's Motion for Judgment of Acquittal and Other Relief; Certificate of Service | | | | |
| | | - see next page - | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

HAYES, H. WAYNE JR.

AO 256A ⊕

page 22  **ACK**
CR 91-00079 HMF 01

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|---------------------|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1993**

**Jun 14 225**  EP:  Sentencing to Counts 1 thru 10, 13, 14, and 17 thru 21;
Motion for Judgment of Acquittal not Withstanding the
Verdict;  Plaintiff's Motion to Quash Subpoena to Testify
Motion to Quash Subpoena to Testify - granted without
prejudice.  John L. McDermott CST.  Conrad Chambers CST.
Brant Sugai CST.  Exhibits admitted: P-1; D-21. Motion
to Dismiss the Indictment - denied.  Motion for Judgment
of Acquittal Notwithstanding the Verdict - denied.  Motion
for stay of Judgment Pending Appeal - denied.  Allocution
by the defendant.  Adjudged as to Counts 1 thru 10, 13,
14 and 17 thru 19: 5 yrs. impr. pursuant to 18:4205(b)(2);
sentences to run consecutive to each other. Adjudged as to
Counts 20 & 21: 10 yrs. impr. pursuant to 18:4205(b)(2);
sentences to run consecutive to each other and concurrently with
sentences imposed in Counts 1 thru 10, 13, 14 & 17 thru 19.
Restitution: $424,705.00 jointly and severally w/ Brant Sugai.
Special Assessment: $850.00  Mittimus: Forthwith. M/Bail
Pending Appeal - denied. Motion for Stay of Mittimus Pending
Appeal Re Bail - denied.  Recommendation: FCI, near Miami,
Florida.  Leslie Osborne, Jr.; R. Michael Burke;  H. Wayne
Hayes, Jr., Pro Se; mary A. Wilkowski, Stand By Counsel.

**226**  Government's Opposition to Defendant's Motion for Stay of (Lisa Groulx) FONG
Judgment and Relief Pending Appeal; Exhibit 1; Certificate
of Service

**15 227**  Defendant's **NOTICE OF APPEAL** Motion for Stay and Relief
Pending Appeal; Certificate of Service **(9CCA)**

**22 228**  Defendant's Motion for Reconsideration of Bail; Certificate
of Service

**25 229**  ORDER Denying Motion for Dismissal of Indictment and Denying
Motion for Judgment of Acquittal     FONG

**29 230**  Defendant's Motion for Transcript - Ex Parte

**30 231**  Judgment in a Criminal Case        FONG

**232**  Defendant's **NOTICE OF APPEAL** of the Judgment of Convictions;
Certificate of Service   **(9CCA)**

**Jul 7  233**  **ORDER for Time Schedule - RT to be ordered by 07/06/93;**
**RT to be filed by 08/05/93; Aplt's opening brief to be**
**filed by 09/14/93; Aple's brief to be filed by 10/14/93;**
**Reply brief (if any) to be filed by 10/28/93 -**
**cc: Clerk, 9CCA; all counsel**     (CA 93-10412)

**234**  **ORDER for Time Schedule - RT to be ordered by 07/21/93;**
**RT to be filed by 08/20/93; Aplt's opening brief to be**
**filed by 09/29/93; Aple's brief to be filed by 10/29/93;**
**Reply brief (if any) to be filed by 11/12/93 -**
**cc: Clerk, 9CCA; all counsel**     (CA 93-10413)

**- See Next Page -**

Interval
(per Section II)

Start Date
End Date

Ltr. Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        HAYES, H. WAYNE JR.      CR91-00079 HMF '01 page 23
    AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993** | | | | | | |
| Jul 7 | 235 | ORDER DENYING Motion For Reconsideration Of Denial Of Release Pending Appeal      FONG <br> ccd: 9CCA, Osborne, Hayes, USPO, USM | | | | |
| 23 | 236 | Transcript Designation and Ordering Form - <br> Terrence Chun: 04/06/92; 6/29/92; 7/20/92; 4/6-30/93 <br> Steve Platt: 5/4-17/93 <br> Lisa Groulx: 6/15/92 <br> ESR: 11/16/92 | | | | |
| Aug 31 | 237 | ORDER GRANTING In Part Defendant's Request For Investigative Fees   FONG <br> ccd: Goodenow, Hayes/via Stokes, Osborne, Financial <br> The court hereby authorizes payment of $1,500 to <br> Goodenow. Request for additional fees are **DENIED** | | | | |
| Sep 22 | | Transcript of Proceedings - pgs. 20 - 11-16-92 - VARS | | | | |
| 29 | 238 | ORDER to Show Cause Why Compensation Amount Should Not Be <br> Reduced -      FONG | | | | |
| Oct 20 | | Transcript of Proceedings - pgs. 125 - 05-04-93 - Steve Platt <br> Transcript of Proceedings - pgs. 13 - 05-05-93 - Steve Platt <br> Transcript of Proceedings - pgs. 22 - 05-07-93 - Steve Platt <br> Transcript of Proceedings - pgs. 20 - 05-17-93 - Steve Platt | | | | |
| Dec 15 | 239 | Authorization and Voucher for Payment of Transcript - <br> V#2240300562 - Steve Platt - $531.00 - FONG | | | | |
| **1994** | | | | | | |
| Feb 7 | | Transcript of Proceedings - pgs. 93 - 06-29-92 - Terrence Chun <br> Transcript of Proceedings - pgs. 20 - 07-20-92 - Terrence Chun <br> Transcript of Proceedings - pgs. 234 - 04-06-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 166 - 04-07-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 253 - 04-08-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 225 - 04-13-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 240 - 04-14-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 140 - 04-15-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 28 - 04-16-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 236 - 04-20-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 226 - 04-21-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 209 - 04-22-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 184 - 04-23-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 196 - 04-27-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 170 - 04-28-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 194 - 04-29-93 - Terrence Chun <br> Transcript of Proceedings - pgs. 144 - 04-30-93 - Terrence Chun | | | | |
| Mar 9 | 240 | Authorization and Voucher for Payment of Transcript - <br> V#2240601058 - $8,781 - Terrence Chun - FONG | | | | |
| Dec 9 | | Transcript of Proceedings - pgs. 25 - 06/16/92 - Lisa Groulx | | | | |
| | | - See Next Page - | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

**ACK**
page 24

HAYES, H. WAYNE JR.

CR 91-00079 HMF 01

AO 256A ⬤

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1994**<br>Dec 14   241 | Petition and Memorandum of Points and Authorities in Support of Relief from Bail Pending Appeal | | | | |
| **1995**<br>Jan 23   242 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | | | | |
| Mar 2   243 | ORDER Denying Defendant's Motion for Reconsideration of Bail Pending Appeal -        **FONG** | | | | |
| Apr 25 | Transcript of Proceedings - pgs. 11 - 04/06/92 - VARS | | | | |
| 28   244 | Authorization and Voucher for Payment of Transcript - V#2250701507 - Lisa Groulx-Thompson $75.00 **KAY** | | | | |
| 245 | Authorization and Voucher for Payment of Transcript - V#2250701508 - VARS $60.00 **KAY** | | | | |
| May 1 | Transcript of Proceedings - pgs. 186 - 06/14/93 Lisa Groulx-Thompson ╱ | | | | |
| 16 | **Original Record Sent to 9CCA** | | | | |
| 16   246 | Authorization and Voucher for Payment of Transcript - V#2250801626 - $54.25 - V/ARS **KAY** | | | | |
| Jun 2   247 | ORDER - 9CCA - appointing new counsel<br>        ccd: all parties<br>    EO:   CJA 20 transmitted to 9CCA - V0626294, appointing<br>        Mark Lippman (voucher to be paid directly by 9CCA) | | | | |
| Jun 9   248 | Authorization and Voucher for Payment of Transcript - V#2250901822 - $562.00 - Lisa Groulx-Thompson | | | | |
| Jul 24   249 | Transcript of Proceedings - pgs. 2 - 11/16/92 - Steve Platt ╱ | | | | |
| 27   250 | Transcript Designation and Ordering Form -<br>        Terrence Chun: 06/29/92, 01/20/93, 04/06/93, 04/07/93,<br>        04/08/93, 04/13-16/93, 04/20-23/93, 04/27-30/93,<br>        05/04-07/93, 06/14/93, 01/19/93<br>        Yukie Ichikawa: 09/15/92,  01/26/93<br>        Steve Platt: 11/09/92, 11/16/92 | | | | |
| 28   251 | Motion To Correct Illegal Sentence, Pursuant to Rule 35(a)<br>        Federal Rules of Criminal Procedure And Correct An<br>        Erroneous Presentencing Report Pursuant To Rule 32(C)(3)(D)<br>        Federal Rules of Criminal Procedure **(CV95-00616 ACK)**<br>        **referred to Judge KAY**        ccd: USA<br>        Filed by deft pro se: 38172-004, FPC Eglin Dorm #3, PO Box 600<br>        Eglin, AFB, Florida. 32542-7606<br>        **- See Next Page -** | | | | |
| | | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

page 25

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

HAYES, H. WAYNE JR.

CR 91-00079 ACK 01

**ACK**

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| **1995** | | | | | | |
| Aug 9 | 252 | Amended Transcript Designation and Ordering Form - Terrence Chun: 06/29/95, 01/19/93, 01/26/93, 04/07/93, 04/08/93, 04/13-16/93, 04/20-23/93, 04/27-30/93, 05/04-07/93, 06/14/93, Yukie Ichikawa: 09/15/92, 01/20/93 Steve Platt: 11/09/92, 11/16/92 CR 90-01060 HMF - USA vs. Brant Sugai Yukie Ichikawa: 09/1 7/90, 12/10/90 | | | | |
| Sep 21 | 253 | Opposition to Defendant's Motion to Correct an Illegal Sentence and Presentence Report; Certificate of Service (SEALED) | | | | |
| Oct 2 | 254 | Defendant's Notice of Hearing - [No Hearing Date Set]; Certificate of Service - Deft. M/Correct an Illegal Sentence and Presentence Report | | | | |
| | 255 | Reply to Plaintiff's Opposition to Defendant's Motion to Correct An Illegal Sentence and Presentence Report; Certificate of Service | | | | |
| 11 | 256 | ORDER Denying Defendant's Motion to Correct an Illegal Sentence and Presentence Report          KAY | | | | |
| 12 | 257 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | | | | |
| **1996** | | | | | | |
| Apr 29 | 258 | MEMORANDUM - 9CCA - [Affirmed - Filed: 4/26/96 CA 93-10412, 93-10413] | | | | |
| Aug 28 | 259 | JUDGMENT - 9CCA [Affirmed - CA 93-10412 & 93-10413 Attest: 8/26/96] ccd | | | | |
| Sep 26 | 260 | Letter from H. Wayne Hayes, Jr. to Mag. Judge Yamashita | | | | |
| 30 | | Return of Files from 9CCA 7 vol. Clerks pleadings 4 sealed documents 30 Vol. RT | | | | |
| | | **-See Next Page** | | | | |

Interval (per Section II)     Start Date / End Date     Ltr. Code     Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   HAYES, WAYNE H., JR.

PG  26
CR 91-00079 ACK 01

AO 256A ⊕

| | | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1997** | | | | | | |
| May 9 | 261 | Motion and ORDER to Dismiss; Certificate of Service Counts 11, 12, 15 and 16 of the Indictment are dismissed         KAY | | | | |
| Jul 17 | 262 | Defendant's Motion for Reduction of Sentence and Incorporated Memorandum of Law         cc: ACK | | | | |
| Sep 5 | 263 | Opposition of the United States to the Defendant H. Wayne Hayes Jr's., Motion to Reduce Sentence Pursuant to Rule 35(b); Memorandum of Law; Certificate of Service | | | | |
| 29 | 264 | Defendant's Reply to Government's Opposition to Defendant's Motion for Reduction of Sentence | | | | |
| Nov 10 | 265 | ORDER Dismissing Petitioner's 35(b) Motion for Reduction of Sentence | | | | |
| Dec 3 | 266 | Change of address: H.Wayne Hayes 13095 Emerald Drive North Miami, FL 33181 | | | | |
| 24 | 267 | Motion to Permit Filing Out of Time Notice of Appeal **Referred to Judge Kay** | | | | |
| | 268 | Notice of Appeal - 9CCA (Order Dismissing 35(b)) | | | | |
| | 269 | Receipt for Payment of NOA - $105.00 Receipt # 177955 | | | | |
| | 270 | **ORDER FOR TIME SCHEDULE - RT to be ordered by 1/20/98; RT to be filed by** 02/19/98; Aplt's opening brief to be filed by 03/31/98; Aple's brief to be filed by 04/30/98; Reply brief (if any) to be filed by 05/14/98 - cc: Clerk, 9CCA; all counsel | | | | |
| **1998** | | | | | | |
| Jan 05 | 271 | Defendant's Declaration re: deft location, service ofnotification of change of address | | | | |
| 15 | 272 | ORDER Granting Permission to File Out of Time Notice of Appeal and Issuing Certificate of Appealability KAY cc: H. Hayes, Jon May, USA, 9CCA | | | | |
| 20 | 273 | Statement of the Issues to be Presented on Appeal | | | | |
| | 274 | Transcript Designation and Ordering Form -no transcripts designated by H.Wayne Hayes | | | | |
| Mar 17 | 275 | Motion Under 28 USC 2255 to Vacate Set Aside, or Correct Sentence by a Person in Federal Custody - CV 98-00230 ACK | | | | |
| 23 | 276 | ORDER directing USA to file a response within 30 days   KAY | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

SEE NEXT PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

HAYES, Wayne H., Jr.

CR 91-00079A
page 27

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | ⌐(Document No.) | | | | |
| **1998** | | | | | | |
| Apr 07 | 277 | Movant's Motion to Leave to Supplement the Record of Evidence and to Request a Subpoena Duces Tecum to the Federal Bureau of Investigation and the Securities and Exchange Commission for Records.  cc: ACK, USATTY | | | | |
| | 278 | Movant's Motion to Supplement the Motion to Vacate, Set Aside or Correct an Illegal Sentence Pursuant to 28 U.S.C. 2255  cc: ACK, USA | | | | |
| 15 | 279 | ORDER re Deft M/Leave to Supplement the Record of Evidence filed 04/07/98: Court finds it appropriate to direct the Government to file a response thereto within 30 days; if no response filed within the time period, the Court will assume that the Govt has no opposition to the relief requested (cc: USATTY, Deft Hayes) ALAN C. KAY | | | | |
| 21 | 280 | RESPONSE of the United States to Defendant's MOTION under 28 U.S.C. § 2255 to Vacate, set aside, or correct Sentence by a person in federal custody; cc: Judge Kay | | | | |
| 24 | 281 | Response of the United States to Defendant's Motion for Leave to Supplement the Record of Evidence and for Subpoenas Duces Tecum | | | | |
| 30 | 282 | Movant's Supplemental Excerpts of Record for Movant's Reply to Response of the United States to Defendant's Motion under 28 U.S.C. § 2255 to Vacate, set aside or correct sentence by a person in federal custody  cc: Judge Kay | | | | |
| | 283 | Movant's Reply to Response of the United States to Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set aside or correct sentence in federal custody cc: Judge Kay | | | | |
| | 284 | Movant's Reply to Response of the United States to Defendant's Motion to Leave to Supplement the Record of Evidence and Request for a Subpoena Duces Tecum  cc: Judge Kay | | | | |
| | 285 | Movant's Motion to Exceed Page Limit cc: Judge Kay | | | | |
| May 22 | 286 | Defendant's Notice of Hearing - [No hearing date set] | | | | |
| | 287 | Movant's Motion to Leave to Request a Subpoena Duces Tecum to the to the Securities and Exchange Commission for Newly Discovered Records - Referred to Judge Kay | | | | |
| Jun 23 | 288 | Appellant's Ex Parte Motion to Leave and Request to Proceed In Propria Persona - Referred to Judge Kay | | | | |
| | | - See Next Page - | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

CR 91-00079 ACK
Page 28

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    HAYES, WAYNE H., JR.

AO 256A ⊕

| | | | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1998 Aug 3 | 289 | ORDER - 9CCA (M/withdraw as appellant's retained counsel - granted.) cc: Les Osborne w/CJA 23 | | | | |
| 18 | 290 | ORDER Denying (1) Petition for Writ of Habeas Corpus; (2) Motions for Subpoenas Duces Tecum; and (3) Motion for Evidentiary Hearing       KAY cc: USA, USPO, PTS, USM, H. Hayes. | | | | |
| 28 | 291 | MOVANT's (H. Wayne Hayes, Jr.) MOTION for Reconsideration of Order denying Motion under 28 U.S.A. § 2255; Motion for Clarification; and Motion for Certificate of Appealability  (cc: ACK) | | | | |
| 31 | 292 | Supplement Letter Brief supporting Motion for Reconsideration by deft H. Wayne Hayes, Jr. cc: ACK | | | | |
| Nov 2 | 293 | Response of the United States to Defendant's Motion for Reconsideration of the District Court's Order Denying Petition for Writ of Habeas Corpus | | | | |
| 23 | 294 | Defendant's Reply to the Government's Opposition to Defendant's Motion for Reconsideration of Court's Order Denying Motion to Set Aside, Vacate of Correct a Sentence; PUrsuant to 28 U.S.C. 2255 | | | | |
| 1999 Feb 8 | 295 | ORDER Denying Petitioner's Motion for Reconsideration and Granting Petitioner's Motion for Certificate of Appealability       KAY | | | | |
| 19 | 296 | NOTICE OF APPEAL - 9CCA - Deft. H. Wayne Hayes, Jr. Pro Se Order of 08/18/98 & 02/08/99 | | | | |
| Apr 12 | 297 | Transcript Designation and Ordering Form; None designated | | | | |
| 22 | 298 | Defendant's Motion for Evidentiary Hearing Regarding Rule 35, Federal Rules of Criminal Procedure; Memorandum of Law; and Attached Declaration in Support of Reduction of Sentence cc: ACK, USA | | | | |
| | 299 | Defendant's Declaration in Support of Request for evidentiary Hearing on Rule 35 Motion; Reduction of Sentence cc: ACK, USA | | | | |

REPRODUCED DOCKET SHEET

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|